No. 02–6673. SCHRICKEL *v.* LARSEN, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 02–6674. VASQUEZ *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. 

No. 02–6675. TERRY *v.* KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 02–6676. ZELLIS *v.* SALYER ET AL. C. A. 9th Cir. Certiorari denied. 

No. 02–6677. CARTWRIGHT ET AL. *v.* RUBENSTEIN, COMMISSIONER, WEST VIRGINIA DIVISION OF CORRECTIONS. Sup. Ct. App. W. Va. Certiorari denied.

No. 02–6684. MARTIN *v.* WHITE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–6685. PRATHER *v.* GEORGIA BOARD OF PARDONS AND PAROLES. C. A. 11th Cir. Certiorari denied. 

No. 02–6687. ABDUL MALIK *v.* HILL. C. A. 11th Cir. Certiorari denied.

No. 02–6688. PATTERSON *v.* AMERICAN KENNEL CLUB, AKA AMERICAN KENNEL CLUB, INC. C. A. 4th Cir. Certiorari denied. 

No. 02–6691. BUTLER *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. 

No. 02–6696. ARREOLA *v.* GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 02–6697. CLARK *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 02–6699. MASADA *v.* RICHSTAD ET AL. C. A. 4th Cir. Certiorari denied. 

No. 02–6700. LEWIS *v.* MARSHALL COUNTY CORRECTIONAL FACILITY ET AL. C. A. 5th Cir. Certiorari denied.